

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00051-CV
_____

BRUCE ALVARADO, INDIVIDUALLY AND AS NEXT FRIEND OF N.A., A
MINOR, Appellant

V.

RICHARDO SENDEJAR AND JENNIFER ANDREWS, Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-367901-25

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

The parties have filed an "Agreed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per the parties' agreement, each party shall bear its own costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  February 19, 2026